# Court of Appeals
# of the State of Georgia

ATLANTA, __October 25, 2013__

*The Court of Appeals hereby passes the following order:*

**A14A0090. WALLIS v. THE STATE.**

Scott A. Wallis has filed a motion to dismiss his appeal without prejudice on the grounds that he was not previously informed that he had a right to appellate counsel. Having now learned of that right, Wallis wishes to pursue the appointment of such counsel to handle his appeal. Wallis's motion is hereby GRANTED and this appeal is hereby DISMISSED WITHOUT PREJUDICE to Wallis's rights, including his right to pursue an out-of-time appeal after counsel is appointed.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* __10/25/2013__
        *I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
        *Witness my signature and the seal of said court* hereto affixed the day and year last above written.

_____ *, Clerk.*